# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150215

THERESA MODZELEWSKI-SHEKOSKI,
Personal Representative of the ESTATE OF
MICHAEL RAYMOND SHEKOSKI,
            Plaintiff-Appellee,

v

MICHAEL GARRETT BINDIG and ALLIED
EXCAVATION, INC.,
            Defendants-Appellants.

SC: 150215
COA: 314830
Macomb CC: 2010-001959-NI

_____/

     On order of the Court, the application for leave to appeal the September 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015



Clerk

t0622